RAYE ERLICH, Respondent, v. HENRY ERLICH, Appellant.— Order unanimously modified by reducing to $50 per week the amount awarded to plaintiff for her support and that of the child and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.